# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** March 14, 2022

**JUDGE MATTHEW SKAHILL, U.S.M.J.**

**COURT REPORTER:** Court Conference Line

**TITLE OF CASE:**  **DOCKET NO. 18-15333 (KMW)**
FOWLER
 v.
COUNTY OF CAPE MAY et al

**APPEARANCES:**
Louis McFadden, Jr., Esq. for Plaintiff
Russell Lichtenstein Esq. for Defendants

**NATURE OF PROCEEDINGS:**   Joint Final Pretrial Conference
Joint Final Pretrial Conference held by phone on the record.
Order to be entered.

*s/Ryan Sanders*
**DEPUTY CLERK**

**TIME COMMENCED:** 2:40 p.m.
**TIME ADJOURNED:**  3:00 p.m.
**TOTAL TIME:** 20 minutes